

**FILED**

FEB 14 2014

CLERK, U.S. BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 05-22413-GLT |
| | : | Chapter: 13 |
| Kenneth I. Clever | : | |
| Gloria J. Clever | : | |
| | : | Date: 2/12/2014 |
| *Debtor(s)*. | : | Time: 02:30 (Moved from 1:30) |

## PROCEEDING MEMO

*MATTER:*   #71 - Motion for Payment of Unclaimed Funds by Oak Point Partners, Inc.
                  #78 - CNO Filed

Tentative Ruling: The Motion for Order Directing Payment of Funds will be denied without prejudice unless counsel can adequately address the following issues: (1) the Motion contains certain allegations that cannot be ascertained from the record and are not substantiated by an individual with personal knowledge of the events described; (2) the Motion does not establish a connection between the original creditor, RMA Inc. and the RMA Liquidating Trust. Specifically, RMA Inc. is not listed as a debtor in the proceedings jointly administered at Case No. 05-43959 in the Bankruptcy Court for the Northern District of Ohio; (3) assuming a connection can be established, the Motion does not indicate which assets were conveyed to the Trust, and whether the claim of RMA Inc. constitutes one of the "Remnant Assets"; and (4) the Court observes that no transfer of claim has been filed pursuant to Bankruptcy Rule 3001(e).

*APPEARANCES:*
  Debtor:       No Appearance
  Trustee:      Mark Gregg
  Oak Point:    Peter Ashroft

*NOTES:*

Ashcroft - Affidavit of client filed as a separate exhibit. Remnant Assets were purchased from Liquidating Trustee. RMA, Inc. is part of this group.

Court - Claim was filed by RMA, Inc. Affidavit and Motion hinges on the fact that RMA, Inc. is the same as Risk Management Alternatives, Inc.

Ashcroft - Trustee attempted to pay Risk Management Alternatives at the same address listed on POC of RMA, Inc.

*OUTCOME:*

1. Order to be entered denying Motion for Payment of Unclaimed Funds, without prejudice, for the reasons identified in the Court's tentative ruling, which is hereby adopted. (CT to prepare order).